**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jacobo ZETINA–SANDOVAL,**
**Defendant–Appellant.**

**No. 13–10373.**

United States Court of Appeals,
Ninth Circuit.

Submitted April 7, 2014.\*

Filed April 11, 2014.

Ann L. Demarais, Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Mark Willimann, Tucson, AZ, for Defendant–Appellant.

Before: TASHIMA, GRABER, and IKUTA, Circuit Judges.

### MEMORANDUM \*\*

Jacobo Zetina–Sandoval appeals from the district court's judgment and challenges the 24–month sentence imposed following his guilty-plea conviction for reentry after deportation, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Zetina–Sandoval contends that the district court erred by applying a 16–level enhancement under U.S.S.G. § 2L1.2(b)(1)(A)(ii) because his conviction for making criminal threats, in violation of section 422 of the California Penal Code, is not a categorical crime of violence. This contention is foreclosed by *United States v. Villavicencio–Burruel,* 608 F.3d 556, 563 (9th Cir.2010). Zetina–Sandoval's argument that we are not bound by *Villavicencio–Burruel* is without merit. *See Newdow v. Lefevre,* 598 F.3d 638, 644 (9th Cir.2010) (a three judge panel is bound by circuit precedent unless it is "clearly irreconcilable" with intervening higher authority).

**AFFIRMED.**

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.